# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147112-3

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                           SC:  147112
                                                            COA:  307859
                                                            Oakland CC:  2011-236060-FH

JOSEPH NATHAN RIDDLE,
            Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                           SC:  147113
                                                            COA:  307860
                                                            Oakland CC:  2011-236061-FH

JOSEPH NATHAN RIDDLE, II,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MCCORMACK, J., not participating because of her prior involvement in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



s0826

Clerk